**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IAN NICHOLLS, Plaintiff, vs. JUAN SANCHEZ (PN 7293), an Individual; KEVIN GETLER (PN 4831),) an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a political subdivision of the State of Nevada, et al., Defendants. | 2:09-CV-00631-PMP-PAL **ORDER** |

Before the Court for consideration are the following three Motions for Summary Judgment:

    Defendant Juan Sanchez' Motion for Summary Judgment (Doc. #61)

    Defendant Kevin Getler's Motion for Summary Judgment (Doc. #62)

    Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment (Doc. #63)

Plaintiff has failed to file a timely Response in Opposition to the foregoing Motion's for Summary Judgment, and the time for doing so has expired.  As a result, Plaintiff consents to the granting of Defendants' Motion's for Summary Judgment.

**IT IS THEREFORE ORDERED that** Defendant Juan Sanchez' Motion for Summary Judgment (Doc. #61) is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendant Kevin Getler's Motion for Summary Judgment (Doc. #62) is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment (Doc. #63) is **GRANTED**.

**IT IS FURTHER ORDERED that** Judgment is hereby entered in favor of Defendants and against Plaintiff Ian Nicholls.

DATED:  December 2, 2010.

_____
PHILIP M. PRO
United States District Judge